852

No. 948, Misc. IN RE WINCHESTER. Supreme Court of California. Certiorari denied. Petitioner *pro se*. *Stanley Mosk,* Attorney General of California, *Doris H. Maier* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondent.

No. 950, Misc. CROXTON *v.* NEW YORK. Court of General Sessions of New York County, N. Y. Certiorari denied.

No. 952, Misc. McKINNEY *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 953, Misc. STUBBS *v.* KANSAS. Supreme Court of Kansas. Certiorari denied.

No. 1026, Misc. HAMILTON *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. *Orzell Billingsley, Jr., Arthur D. Shores, Peter A. Hall, Oscar W. Adams, Jr., Thurgood Marshall, Jack Greenberg* and *James M. Nabrit III* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *James W. Webb,* Assistant Attorney General, for respondent.

No. 1052, Misc. SCOTT *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ernest E. Sanchez,* Deputy Attorney General, for respondent.

No. 971, Misc. SHEPPARD *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.